## FIRST DEPARTMENT, MARCH TERM, 1885.

ment affirmed, with one bill of costs. Opinion by Pratt, J.

Bessie J. Cumming, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs Opinion by Barnard, P. J.

Ida Lindsay, Respondent, v. The Brooklyn City and Newtown Railroad Company. Appellant. — Judgment and order denying new trial affirmed, with costs Opinion by Dykman, J.

Florian Fleckenstein, Respondent, v. The Dry Dock, East Broadway and Battery Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York ex rel. Curley v. The Board of County canvassers of Queens County. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Andrew Wills, Respondent, v. Conrad Huber, Appellant. — Order confirming report of referee affirmed, with costs. Opinion by Pratt, J.

George W. Ten Eyck, Respondent, v. Lyman Freer, Appellant — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J ; Barnard P. J., not sitting.

The People of the State of New York, Respondent, v. Guisseppe Guidici, Appellant. — Conviction and judgment affirmed. Opinion by Barnard, P. J.

Richard Marshall, Administrator, etc., Respondent, v. Charles E. Bressler and others, Appellants. — Order overruling demurrer and judgment thereon affirmed, with costs. Opinion by Dykman, J.

David A. Scott and another, Respondents, v. Augustus L. Case and another, Appellants. — Judgment and order denying new trial and granting allowance affirmed, with costs. Opinion by Pratt, J.

John P. Bailey, Respondent, v. Ulysses S. Grant. Jr., Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

In the Matter of the Settlement of Esther Fleet, Executrix, etc. — Decree of surrogate reversed, with costs against the executor personally, and proceedings remitted to surrogate for new hearing. Opinion by Barnard, P. J.

Otis E. Scudder, Respondent, v. William Carroll, Appellant. — Judgment affirmed, with

costs. Opinion by Dykman, J.; Barnard. P. J., not sitting.

Andrew F. Kindberg, Respondent, v. Alvah Mudgett, Appellant. — Order overruling defendant's demurrer and judgment thereon affirmed, with costs. Opinion by Barnard, P. J.

Matter of Complaint of Michael Delahanty. — The papers are sufficient to require investigation ; referred to William S. Cogswell to take proof and report to the court. Opinion by Dykman, J.

Henry Sanger, Appellant, v. John C. Merritt, Respondent. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinions by Pratt and Dykman, JJ.; Barnard, P. J., dissenting.

James Dolan, Respondent, v. The Brooklyn, Flatbush and Coney Island Railroad Company, Appellant. — Judgment and order denying defendant's motion for judgment, and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

John H. Tredwell, Respondent, v. Isaac Newlin, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Ellwood Birdsall v. The Board of Supervisors of Westchester County. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Mary A. Stone, as Executrix, etc., v. Henry A. Benedict, as Executor, etc. — The deceased child of Mary A. Stone took a vested interest under the will ; Mary A. Stone is not entitled to a lien for her improvements upon the farm in which she has a life estate. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Francis McLaughlin, Appellant, v. George W. Campbell and another, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.

Rowland Brill, Appellant, v. John Brill, Respondent. — Re-argument ordered.

John P. Ames, Respondent, v. William B. Gurney, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Charles J. Quinby v. Horace B. Claflin and others. — Order modified. Order to be settled by Justice Bartlett, without costs of appeal.

Charles J. Quinby v. Horace B. Claflin and others. — Order modified. Order to be settled by Judge Bartlett, without costs.

## FIRST DEPARTMENT, MARCH, 1885.

John E. Furman, Respondent, v. The Union Pacific Railway Company, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

The Tradesman Bank of the city of New York, Respondent, v. James Longstreet, Appellant. — Judgment affirmed, with costs of appeal in but one suit. Opinion by Davis, P. J

James W. Whitney and others, Appellants, v. Adolphus Hoffstadt, Respondent. — Orders affirmed, without costs. Opinions by Brady and Daniels, JJ.

The National Butchers and Drovers' Bank, Respondent, v. Edward D. Bassford, Executor, etc., Appellant. — Judgment modified as directed in opinion. and as modified affirmed, without costs. Opinion by Daniels, J.

Harvey Kennedy, Respondent, v. Henry H. Porter and others. Appellants. — Judgment reversed so far as relates to the common stock, and affirmed as to the preferred stock, and the proceedings directed by the court below ordered to be taken to ascertain the amount the plaintiff is entitled to recover in respect thereof. Neither party should have costs on this appeal. Opinion by Davis, P. J.

Same v. Same. — Motion to dismiss motion for new trial under section 1001 of the Code denied, and motion for new trial denied, without costs.

Caleb E. Whitaker, Appellant, v. John M. Masterton, Respondent. — Judgment affirmed. Opinion by Daniels, J.

William P. Wentworth, Appellant, v. Thomas L. Wilson and others, Respondents. — Order reversed, with ten dollars costs and disbursements, and order to be entered as directed in opinion of Davis, P. J. Opinions by Daniels, J., and Davis, P. J.

Edmund A. Saunders and others, Respondents, v. Bernard Reilly, late Sheriff, etc., Appellant. — Judgment and order affirmed Opinion by Davis, P. J.

Christian T. Christensen, Respondent, v. Amos F. Eno, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Davis, P. J.

Same v. Same — Judgment reversed, with costs of appeal to the appellant, and complaint dismissed, with costs. Opinion by Davis, P. J.

Elizabeth W. Reese, Individually and as Administratrix, etc., Appellant, v. Harold W.